JAMES E. MURPHY, ESQ.
Nevada Bar No. 8586
DANIEL C. TETREAULT, ESQ.
Nevada Bar No. 11473
LAXALT & NOMURA, LTD.
6720 Via Austi Parkway, Suite 430
Las Vegas, Nevada 89119
Telephone: (702) 388-1551
Facsimile: (702) 388-1559

*Attorneys for Defendant Indiana Farm Bureau Insurance*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARIA L. MUSSA,<br><br>             Plaintiff,<br>vs.<br><br>INDIANA FARM BUREAU INSURANCE;<br>DOES I-V and ROE CORPORATIONS VI-X,<br>inclusive,<br><br>             Defendants. | Case No.: 2:13-cv-02289-JAD-PAL |

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED by and between Plaintiff MARIA L. MUSSA and Defendant INDIANA FARM BUREAU INSURANCE by and through their respective attorneys of record, that the above-entitled matter be dismissed with prejudice in its entirety, as to all claims involving Plaintiff MARIA L. MUSSA, as against Defendant INDIANA FARM

....

....

....

....

BUREAU INSURANCE, with each of the parties to pay their own fees and costs incurred therein.

DATED this 5 day of May, 2014.

LAXALT & NOMURA, LTD.

By_____
JAMES E. MURPHY, ESQ.
Nevada Bar No. 8685
DANIEL C. TETREAULT, ESQ.
Nevada Bar No. 11473
6720 Via Austi Parkway
Suite 430
Las Vegas, NV 89119
*Attorneys for Defendant Indiana Farm Bureau Insurance*

DATED this 29 day of April, 2014.

DE CASTROVERDE LAW GROUP

By_____
KIMBERLY VALENTIN, ESQ.
Nevada Bar No. 12509
1149 South Maryland Parkway
Las Vegas, Nevada 89104
*Attorneys for Plaintiff Maria L. Mussa*

## ORDER

Pursuant to the foregoing stipulation,

**IT IS HEREBY ORDERED** that this case is dismissed with prejudice, each side to bear its own fees and costs.

Dated: May 5, 2014.

_____
UNITED STATES DISTRICT JUDGE